*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                            4:09CR00228-001 SWW

CHRISTOPHER DONTEA HUTSON                                 DEFENDANT

## **ORDER**

Pending before the Court is defendant's motion to continue the revocation hearing currently scheduled June 6, 2013 until after the resolution of the pending state charges. The motion to continue is unopposed by the government. The Court has fully considered the motion and finds that, for good cause shown, the motion to continue should be granted.

IT IS THEREFORE ORDERED that defendant's motion for continuance of the revocation hearing [doc #32] be, and it is hereby, ***granted***. The supervised release revocation hearing will be rescheduled on **THURSDAY, OCTOBER 3, 2013 at 1:00 p.m. in Courtroom #389.**

Dated this 28th day of May 2013.

                                                                 /s/Susan Webber Wright
                                                                  United States District Judge